1 | ISMAIL J. RAMSEY (CABN 189820)
   | United States Attorney
2 |
3 | PAMELA T. JOHANN (CABN 145558)
   | Chief, Civil Division
4 | VIVIAN F. WANG (CABN 277577)
   | Assistant United States Attorney
5 |
6 |    450 Golden Gate Avenue, Box 36055
   |    San Francisco, California 94102-3495
7 |    Telephone: (415) 436-7431
   |    Facsimile: (415) 436-6748
   |    Email: Vivian.wang@usdoj.gov
8 |
   | Attorneys for the United States of America

**FILED**

Oct 16 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RELATOR LLC, | Case No.   22-CV-4956-TSH |
|                  Plaintiffs, | **UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER TO UNSEAL** |
|      v. | |
| ERICK D. BECKER, an individual, AVY H. STEIN, an individual, CRESSET PARTNERS, LLC, a Delaware limited liability company; CRESSET ADMINISTRATIVE SERVICES CORPORATION, a Delaware corporation; and DOES 1-10,, | **FILED UNDER SEAL** |
|                  Defendants. | |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a

hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, 31 U.S.C. § 3730(c)(3) permits the Government to be served with copies of all pleadings filed in the action. Accordingly, the undersigned Government counsel will file a Notice of Appearance for the purpose of receiving ECF notifications of filings in this case. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also reserves its right to seek the dismissal of the relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of discovery pursuant to 31 U.S.C. § 3730(c)(4).

The United States respectfully requests that the Court unseal the documents filed in this case except for the following documents, and permit the United States to provide redacted versions of these documents for the public record that contain redactions of the portions indicated, for the reasons indicated:

| Document | Portions to be redacted in the public record | Reasons for redactions |
|---|---|---|
| United States' October 25, 2022 Stipulation and Request for Enlargement of Time, Partial Lift of Seal, and to Vacate Case Management Conference and Related Deadlines ("First Seal Extension Request") | Fourth and fifth sentences of ¶ 5 (ECF page 3, lines 8-16); footnote 1 (ECF page 3, lines 27-28) | These portions refer to certain matters that remain under seal. |
| October 26, 2022 Order on First Seal Extension Request (Dkt. No. (Dkt. No. 5) | Fourth and fifth sentences of ¶ 5 (ECF page 3, lines 8-16); footnote 1 (ECF page 3, lines 27-28) | These portions refer to certain matters that remain under seal. |
| United States' November 13, 2023 Stipulation and Request for Enlargement of Time ("Third Seal Extension Request") | Last three sentences of ¶ 5 (ECF page 3, lines 16-20) | These portions contain specific details about steps the United States took in its investigation. |

| | | |
|---|---|---|
| November 15, 2023 Order on Third Seal Extension Request (Dkt. No. 11) | Last three sentences of ¶ 5 (ECF page 3, lines 16-20) | These portions contain specific details about steps the United States took in its investigation. |

A proposed order accompanies this notice.

DATED: October 16, 2024            Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Vivian F. Wang*
VIVIAN F. WANG
Assistant United States Attorney
Attorneys for the United States

# [PROPOSED] ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED THAT:

1. Relator shall complete service of the complaint on the defendant within 90 days of this Order. Relator shall serve this Order and the United States' Notice of Election to Decline Intervention upon the defendants only after service of the complaint;

2. The following documents filed in this case shall remain under seal, and the United States shall prepare a version of these documents containing the redactions indicated and shall publicly file the redacted version after the seal is lifted pursuant to paragraph 3 of this Order;

| Document | Portions to be redacted in the public record |
| --- | --- |
| United States' October 25, 2022 Stipulation and Request for Enlargement of Time, Partial Lift of Seal, and to Vacate Case Management Conference and Related Deadlines ("First Seal Extension Request") | Fourth and fifth sentences of ¶ 5 (ECF page 3, lines 8-16); footnote 1 (ECF page 3, lines 27-28) |
| October 26, 2022 Order on First Seal Extension Request (Dkt. No. (Dkt. No. 5) | Fourth and fifth sentences of ¶ 5 (ECF page 3, lines 8-16); footnote 1 (ECF page 3, lines 27-28) |
| United States' November 13, 2023 Stipulation and Request for Enlargement of Time ("Third Seal Extension Request") | Last three sentences of ¶ 5 (ECF page 3, lines 16-20) |
| November 15, 2023 Order on Third Seal Extension Request (Dkt. No. 11) | Last three sentences of ¶ 5 (ECF page 3, lines 16-20) |

3. Aside from the documents specified in paragraph 2 of this Order, the seal shall be lifted as to all other documents filed in this matter, and as to all matters occurring in this action after the date of this Order;

4. Counsel for the United States shall file a notice of appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and

5. Should the relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1).

DATED: _____, 2024

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge